# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 04/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Rose and Buerger Farms LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | Ohio Public Employee Retirement System (Retirement) | $95,305.68 |
| 2. | 2020 | Northwestern IRA Distribution (RMD) | $2,414.48 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Ohio Public Employee Retirement System (Retirement) Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Energy Select SPDR ETF | A | Dividend | J | T | Buy | 12/28/20 | J | | |
| 2. Chillicothe Ohio School Bonds (169196JZ6) | A | Dividend | J | T | | | | | |
| 3. Akron OH G.O. Bond 12/1/30 (010033P51) | A | Dividend | J | T | | | | | |
| 4. American Muni Power (02765UKH6) Rev Bond | A | Dividend | K | T | | | | | |
| 5. Cincinnati, OH Economic Dev Bonds (172254HX5) | A | Dividend | J | T | | | | | |
| 6. Cincinnati, OH Urban Redev Bonds (172309BA3) | A | Dividend | K | T | | | | | |
| 7. Coventry Ohio Local School District Bonds (222867DD2) | A | Dividend | J | T | | | | | |
| 8. Cronos Group Inc. | A | Dividend | | | Buy | 01/10/20 | J | | |
| 9. | | | | | Sold | 08/11/20 | J | A | |
| 10. Deerfield Twp Ohio Tax Bonds (244570DC8) | A | Dividend | | | Redeemed | 12/01/20 | J | A | |
| 11. Johnson-Monroe Local School Dist (479545CQ6) | A | Dividend | K | T | | | | | |
| 12. Ohio University General Receipts Bonds (671104A40) | A | Dividend | J | T | | | | | |
| 13. Warrenville Heights Bonds (936113AU3) | A | Dividend | K | T | | | | | |
| 14. Key Bank | A | Dividend | J | T | Sold (part) | 12/28/20 | J | A | |
| 15. Columbus, OH G.O. Bonds (199492WY1) | A | Dividend | K | T | | | | | |
| 16. Ohio St. High Ed Fac. Comm Bond (67756AR46) KENI/ON | A | Dividend | | | Redeemed | 07/01/20 | J | A | |
| 17. Carnival Cruise Lines | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rose, Thomas M.** | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Ford Motor | A | Dividend | J | T | Buy | 12/08/20 | J | | |
| 19. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 20. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | L | T | | | | | |
| 21. Thornburg Invest. Income Class A 50590 | B | Dividend | L | T | | | | | |
| 22. Johnson and Johnson | A | Dividend | K | T | | | | | |
| 23. Caterpillar | A | Dividend | L | T | | | | | |
| 24. Facebook Common Stock | A | Dividend | K | T | | | | | |
| 25. Cisco | A | Dividend | K | T | | | | | |
| 26. Vanguard ETF | A | Dividend | J | T | | | | | |
| 27. SPDR ETF | A | Dividend | J | T | | | | | |
| 28. Tyson | A | Dividend | | | Sold | 05/21/20 | J | A | |
| 29. Corteva | A | Dividend | J | T | | | | | |
| 30. Timkin | A | Dividend | K | T | | | | | |
| 31. Akamai | A | Dividend | K | T | | | | | |
| 32. Dow Dupont, Inc. FKA Dow Chemical | A | Dividend | K | T | | | | | |
| 33. Campbell Soup | A | Dividend | J | T | | | | | |
| 34. Target Corp | A | Dividend | J | T | Buy | 01/21/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TJX | A | Dividend | J | T | | | | | |
| 36. Astrazeneca | A | Dividend | J | T | Buy | 11/24/20 | J | | |
| 37. Moderna | A | Dividend | J | T | Buy | 08/10/20 | J | | |
| 38. Honeywell Inter | A | Dividend | K | T | Buy | 08/10/20 | K | | |
| 39. Fidelity Advisor New Insights Fund Class FINSX 316071604 | A | Dividend | K | T | | | | | |
| 40. New World Fund Class F-2 NFFFX 649280823 | A | Dividend | K | T | | | | | |
| 41. Deutsche (DWS) Ehance Commodity Strategy Fund Inst. SKIRX 25159L836 | A | Dividend | J | T | | | | | |
| 42. The Oakmark International Fund OAKIX 413838202 | A | Dividend | K | T | | | | | |
| 43. MFS Value Fund Class MEIIX 552983694 | A | Dividend | K | T | | | | | |
| 44. Dreyfus Ins. Deposit DIDI | A | Dividend | | | Sold | 04/30/20 | J | A | |
| 45. Marion Cty 569120AV0 | A | Dividend | K | T | Buy | 12/29/20 | K | | |
| 46. Northern Small Cap Value Fund NOSGX 665162400 | A | Dividend | K | T | | | | | |
| 47. Pimco Income Fund Class PONPX 72201M719 | B | Dividend | J | T | | | | | |
| 48. Europacific Growth Fund (Am Imos) AEPFX 29875E100 | A | Dividend | K | T | | | | | |
| 49. Principal Real Estate Securities 74253Q580 | A | Dividend | K | T | | | | | |
| 50. Principal Global Mult. Strategy Fund 74255L696 | A | Dividend | J | T | | | | | |
| 51. Am. Century Short Duration Fund 0249327774 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Baron Asset Fund Inst. Class 068278605 | A | Dividend | K | T | | | | | |
| 53. | Goldman Sachs Absolute Fund 38145N220 | A | Dividend | J | T | | | | | |
| 54. | Goldman Sachs Int Sm Cap Investor Gicix | A | Dividend | J | T | | | | | |
| 55. | TIAA - CREF Bond Advisor TIBHX<br>87245P718 | A | Dividend | K | T | | | | | |
| 56. | Dodge & Cox Income Fund DODIX<br>256210105 | A | Dividend | K | T | | | | | |
| 57. | Hartford World Bond Fund HWDIX<br>41664M235 | A | Dividend | J | T | | | | | |
| 58. | John Hancock Discp Fund JVMIX<br>47803W406 | A | Dividend | K | T | | | | | |
| 59. | Mahoning Co. Swr System 560072CE8 | A | Dividend | K | T | | | | | |
| 60. | County of Hamilton GO Bond (40727TCT9) | A | Dividend | K | T | | | | | |
| 61. | Franklin, Ohio Cty School Bond<br>(354172HUS) | A | Dividend | K | T | | | | | |
| 62. | Ohio State Hosp Fac Rev Bond<br>(67756IKP6) | A | Dividend | K | T | | | | | |
| 63. | Chillicothe Hosp Fac Bond (169203AJ5) | A | Dividend | J | T | | | | | |
| 64. | Lancaster, Ohio City School Bonds<br>(514264DP2) | A | Dividend | K | T | | | | | |
| 65. | Hamilton Co. Hsp Bond 40727ZS53 | A | Dividend | K | T | | | | | |
| 66. | Lorain Oh G.O. Bond 5436893U5 | A | Dividend | K | T | | | | | |
| 67. | Ravenna Oh Bond 754361BE2 | A | Dividend | | | Redeemed | 12/01/20 | J | A | |
| 68. | Upper Arlington Sch 915506MS5 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Burkshire Hathaway BRKB | A | Dividend | L | T | | | | | |
| 70. Little Miami Ohio Loc Sch Bonds (537292MN1) | A | Dividend | K | T | | | | | |
| 71. Carlyle Group LP (CG) | A | Dividend | J | T | | | | | |
| 72. Ohio St Higher Education Fac Com 67756DHG4 | A | Dividend | J | T | | | | | |
| 73. Boenning and Scattergood Cash fka Sweeney Cartwright Cash | C | Interest | M | T | | | | | |
| 74. Rose and Buerger Farms LLP | A | Distribution | K | W | | | | | |
| 75. Goldman Sachs Large Caps 381430503 | A | Dividend | K | T | Buy | 12/31/20 | K | | |
| 76. Ishare Gold Tr Ishares 464285105 | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 77. Ishare Tr MSCI USA Value Factor ETF 46432F388 | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 78. Western Asset Core Bond Fund Class 1 - 957663305 | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 79. Oxford Lane Capital Corp Preferred 691543300 | A | Dividend | J | T | Buy | 08/12/20 | J | | |
| 80. Keycorp Perf Ser E Bond 493267-70-2 | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 81. PNC Financial Var PFD | A | Dividend | J | T | Buy | 07/16/20 | J | | |
| 82. NM FDIC Insured Deport Program | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 83. 200 Greif Inc. CLA GEF -@37.11 (**-see Section VIII for explanation | A | Dividend | J | T | Buy | 10/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\*\* VII -

Line No. 83.   200 Greif Inc. CLA GEF -@37.11 was purchased October 10 2019 but was inadvertently left off the last disclosure report

Greif-200- A  Dividend  J       T    10/10/2019    J

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 04/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544